**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darryl BURTON, Defendant–Appellant.**

No. 13–10612.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2015.*

Filed May 18, 2015.

Carl M. Faller, Attorney at Law, Fresno, CA, for Plaintiff–Appellee.

Lisa M. Sciandra, Attorney at Law, San Leandro, CA, for Defendant–Appellant.

Darryl Burton, Los Angeles, CA, pro se.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Darryl Burton appeals from the district court's order denying his motion to correct his sentence under Federal Rule of Criminal Procedure 35(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Burton's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Burton has filed a pro se supplemental opening brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

